IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BARBARA EDMUNDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00051 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order DENYING Plaintiff's motion for summary judgment, GRANTING the Commissioner's motion for summary judgment, AFFIRMING the Commissioner's final decision, and DISMISSING this case from the docket of the court [ECF No. 18]. This *Report* was filed on July 29, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's motion for summary judgment is **DENIED**, the Commissioner's motion for summary judgment is **GRANTED,** the final judgment is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 16th day of August, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE